In the Matter of the Claim of JOHN SALATTO, Respondent, against ANTONIO SALATTO and JOHN SALATTO, Copartners, Doing Business as SALATTO BROS., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of CARRIE DECKER, Respondent, against ROSENWEIG COMPANY. NEW AMSTERDAM CASUALTY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion denied, with ten dollars costs to the claimant against the insurance carrier. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of PHILIP SALEMBENE, Respondent, against PREMIER FIREPROOFING CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. It was unnecessary to determine in this award the effect of the strain suffered by the claimant on August 11, 1928. The question of whether that constituted a second accident proximately resulting from the first accident should be determined only on an award made for disability arising after August 11, 1928. Van Kirk, P. J., Hinman, Hill and Hasbrouck, JJ., concur; Davis, J., dissents and votes for reversal on the ground that the admitted perjury of the claimant regarding his earning capacity is sufficient cause for the Board to review its finding and make further inquiry on that subject.

In the Matter of the Claim of TIMOTHY J. HICKEY, Appellant, against CITY OF TROY, Respondent. STATE INDUSTRIAL BOARD, Respondent.*— Decision reversed, with costs to the claimant against the city of Troy to abide the event, and claim remitted to the State Industrial Board, on the ground that the evidence shows that claimant was entitled to an award until three weeks prior to April 8, 1929. Hinman, Davis, Hill and Hasbrouck, JJ., concur; Van Kirk, P. J., dissents and votes for affirmance.

In the Matter of the Claim of JOHN ASPROMONTE, Respondent, against JOSEPH GARGULIA and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. Van Kirk, P. J., Hinman and Davis, JJ., concur; Hill and Hasbrouck, JJ., vote to modify the award by crediting the employer with $350 previously paid and as so modified to affirm.